UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JANDRON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLARIS VISION HOLDINGS, LLC,<br><br>Defendant. | Civil Action No.<br>25-12073-FDS |
| BETH GLIDDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLARIS VISION HOLDINGS, LLC,<br><br>Defendant. | Civil Action No.<br>25-12093-IT |

**ORDER ON PLAINTIFFS' MOTION TO CONSOLIDATE
AND APPOINT INTERIM COUNSEL**

**SAYLOR, J.**

Plaintiffs' Motion for Consolidation and to Appoint Interim Class Counsel (Dkt. No. 4) is GRANTED.

1. Pursuant to Fed. R. Civ. P. 42(a), *Jandron v. Claris Vision Holdings LLC*, 1:25-cv-12073-FDS (filed July 23, 2025), and *Glidden v. Claris Vision Holdings LLC*, 1:25-CV-12093-IT (filed July 24, 2025) are consolidated for pre-trial proceedings under the earlier of the

two docket numbers (1:25-cv-12073-FDS), and will be captioned *In re: Claris Vision Data Breach Litigation*.

2.      Any action subsequently filed in, transferred to, or removed to this court that arises out of the same or similar alleged facts as the consolidated action shall be consolidated with this action for pre-trial proceedings unless the court directs otherwise.  Any party objecting to that consolidation should file an appropriate motion within 21 days after the consolidation occurs.

3.      Pursuant to Fed. R. Civ. P. 23(g)(3), and pending further order of the court, attorneys Mariya Weekes of Milberg Coleman Bryson Phillips Grossman, PLLC, and Kevin Laukaitis of Laukaitis Law, LLC are appointed as Interim Class Counsel.

4.      This order shall apply to any action filed in, transferred to, or removed to this court that relates to the subject matter at issue in this case.  Plaintiffs shall file a consolidated complaint no later than 28 days after the entry of this order.  With the filing of the consolidated complaint, Interim Class Counsel shall file a motion or other pleading with the court indicating whether or not the cases reassigned and consolidated with this action should be closed.

5.      Once a consolidated complaint is filed, defendant shall have 35 days to answer or otherwise respond to the complaint.  If defendant moves to dismiss, plaintiffs shall have 35 days to respond to that motion and defendant shall have 14 days to file a reply.

**So Ordered.**

Dated: January 16, 2026

/s/ F. Dennis Saylor IV
F+. Dennis Saylor IV
United States District Judge