**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BETH GLIDDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLARIS VISION HOLDINGS LLC.,<br><br>Defendant. | Case No.1:25-cv-12093 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BETH GLIDDEN**

Plaintiff Beth Glidden, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Claris Vision Holdings LLC, without prejudice.

Dated: May 6, 2026

Respectfully submitted,

By: */s/ James J. Reardon*

James J. Reardon (BBO# 566161)
**REARDON SCANLON LLP**
45 South Main Street, 3rd Floor
West Hartford, CT 06107
T: (860) 955-9455
james.reardon@reardonscanlon.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (PA ID 321670)*
954 Avenida Ponce De Leon
Suite 205, #10518

San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through the Electronic Court Filing system on May 6, 2026, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

/s/ *James J. Reardon, Jr.*